IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEMETRIS DANIEL, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:04 cv 789 DRH |
| ) | |
| DR. MARVIN POWER, et al., ) | |
| ) | |
|    Defendants. ) | |

**ORDER**

This matter is before the Court on the Motion for Reconsideration filed by the plaintiff, Demetris Daniel, on May 9, 2005 (Doc. 46).  For the reasons set forth below, the motion is **DENIED**.

Background

On November 29, 2004, the plaintiff filed a motion in which he sought the Court's help in securing a physical examination pursuant to Federal Rule of Civil Procedure 35.  In his motion, Daniel indicated that he would like the Court to search out an independent doctor, order the doctor to examine Daniel, and order the defendants to allow Daniel (who is incarcerated) to be visited or to visit the doctor.  Daniel further indicated that he is indigent and sought Court supervision of a payment plan to the doctor or an order that would compel the defendants to pay for the doctor's care.  By an order dated April 22, 2005, this Court denied the plaintiff's motion.

In this motion for reconsideration of that order, the plaintiff states that he did not seek Court funds to pay for the doctor but rather wanted to Court to pick a doctor and set up a payment plan.

Discussion

The plaintiff's request, under Rule 35, for the Court to search out a qualified doctor, appoint said doctor, and set up a payment plan for the doctor, is misplaced. If the plaintiff wishes to have himself examined by an independent doctor, then the onus is on him to search out a doctor (either by himself or through his family, or by any other means he feels are appropriate), coordinate with the prison officials to see the doctor or to have the doctor brought to him (the defendants have indicated that they do not object to a doctor examining the plaintiff at the jail), and to set up any payment plan he desires with said doctor. The Court reminds the plaintiff that this is his case, not the Court's and certainly not the defendants'. If the plaintiff wishes to incur the expense of an independent medical examination in order to secure evidence for this case, then he must carry the burden of managing and coordinating such an examination. The Court is in no better position than the plaintiff to find the best available doctor to further his claims.

For the foregoing reasons, the Motion for Reconsideration filed by the plaintiff, Demetris Daniel, on May 9, 2005 is **DENIED** (Doc. 46).

**DATED: June 23, 2005**

> s/ Donald G. Wilkerson
> **DONALD G. WILKERSON**
> **United States Magistrate Judge**