IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DEMETRIS DANIEL,
Inmate No. B75197,

**Plaintiff,**

vs.

DR. MARVIN POWER, TERI CALIPER,
DELIGHT GRISWOLD, TWYLA WALTON,
LANA WATKINS-WALTON, JANE SIMMONS,
MARILYN MELTON, CHARLES HINSLEY,
ROGER E. WALKER, JR., AND
WEXFORD HEALTH SOURCES,

**Defendants.**                                              No. 04-CV-789-DRH

## MEMORANDUM AND ORDER

**HERNDON, District Judge:**

On April 22, 2005, pursuant to **28 U.S.C. § 636(b)(1)(B)**, United States Magistrate Donald G. Wilkerson submitted a Report and Recommendation (the "Report") recommending the Court deny Plaintiff Demetris Daniel's Motion for Emergency Temporary Restraining Order and a Preliminary Injunction **(Doc. 44)**. The Report was sent to the parties with a notice informing them of their right to appeal by way of filing "objections" within ten days of service of the Report. To date, none of the parties have filed objections, and the period in which to file objections has expired. Therefore, pursuant to **28 U.S.C. § 636(b)**, this Court need not conduct *de novo* review. ***Thomas v. Arn*, 474 U.S. 140, 149-52 (1985)**.

Accordingly, the Court **ADOPTS** the Report in its entirety **(Doc. 44)** and **DENIES** Plaintiff's Motion for Emergency Temporary Restraining Order and a Preliminary Injunction **(Doc. 39)**.

**IT IS SO ORDERED.**

Signed this 20th day of July, 2005.

<u>/s/   David RHerndon</u>
**United States District Judge**