IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DEMETRIS DANIEL,**

    **Plaintiff,**

v.

**DR. MARVIN POWER, et al.,**

    **Defendants,**                                    Case No. 3:04-cv-789-DRH

### ORDER

**HERNDON, District Judge:**

        Previously, the Court entered its July 6, 2007 Order (Doc. 126), adopting the Report and Recommendation ("R&R") (Doc. 125) in its entirety, thereby granting Defendants' Motions for Summary Judgment (Docs. 97 & 101) and Supplemental Motion for Summary Judgment (Doc. 118). The Order also served as a notice of impending dismissal, requiring Plaintiff to effectuate service or proceed to a default judgment regarding his claims against the remaining defendants Lana Watkins-Walton, Jane Simmons, Wexford Medicine in Corrections and Wexford Health Sources, as the record shows these Defendants either have not been served or, if served, have not appeared by Answer or otherwise. The Order allowed Plaintiff twenty (20) days to do this. The time period allowed by the Court has now expired and Plaintiff has failed to comply or to give other reasons why compliance was not possible. Thus, the Court hereby

**DISMISSES WITHOUT PREJUDICE** Plaintiff's remaining claims against defendants Lana Watkins-Walton, Jane Simmons, Wexford Medicine in Corrections and Wexford Health Sources and instructs the Clerk of the Court to close the case file.

**IT IS SO ORDERED.**

Signed this 13th day of August, 2007

/s/      David RHerndon
**United States District Judge**